**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**WESTERN DISTRICT OF TEXAS**

Case number (if known): _____ Chapter __11__

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| 1. | Debtor's name | **Corridor Medical Services, Inc.** |
|---|---|---|

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**

   7  4  –  2  7  7  6  7  7  2

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1900 Dutton** | |
| Number    Street | Number    Street |
| | P.O. Box |
| **San Marcos**          **TX**    **78666** | |
| City                State   ZIP Code | City                State   ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number    Street |
| | City                State   ZIP Code |

5. **Debtor's website (URL)**

6. **Type of debtor**

   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor __Corridor Medical Services, Inc.__  Case number (if known) _____

**7. Describe debtor's business**

*A. Check one:*

- [x] Health Care Business (as defined in 11 U.S.C. § 101(27A))
- [ ] Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- [ ] Railroad (as defined in 11 U.S.C. § 101(44))
- [ ] Stockbroker (as defined in 11 U.S.C. § 101(53A))
- [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))
- [ ] Clearing Bank (as defined in 11 U.S.C. § 781(3))
- [ ] None of the above

*B. Check all that apply:*

- [ ] Tax-exempt entity (as described in 26 U.S.C. § 501)
- [ ] Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- [ ] Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

*C.* NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

____ ____ ____ ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11. *Check all that apply:*

  - [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - [ ] The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - [ ] A plan is being filed with this petition.
  - [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - [ ] The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.
  - [ ] The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

- [ ] Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- [x] No
- [ ] Yes. District _____ When _____ Case number _____
      MM / DD / YYYY
      District _____ When _____ Case number _____
      MM / DD / YYYY
      District _____ When _____ Case number _____
      MM / DD / YYYY

Debtor **Corridor Medical Services, Inc.**      Case number (if known) _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

  List all cases. If more than 1, attach a separate list.

☐ No

☑ Yes.   Debtor **Correctional Imaging Serives, LLC**    Relationship **Affiliate**

        District **Western District of Texas Austin Divisic**   When _____
                                                      MM / DD / YYYY

        Case number, if known     _____

        Debtor **CMMS Lab, LLC**     Relationship **Affiliate**

        District **Western District of Texas Austin Divisic**   When _____
                                                      MM / DD / YYYY

        Case number, if known     _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

     **Why does the property need immediate attention?**    *(Check all that apply.)*

     ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
        What is the hazard? _____

     ☐ It needs to be physically secured or protected from the weather.

     ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

     ☐ Other _____

     **Where is the property?**
                                                     Number     Street

                                                     City            State     ZIP Code

     **Is the property insured?**

     ☐ No
     ☐ Yes.   Insurance agency _____

                Contact name _____

                Phone _____

---

### Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

| 14. | Estimated number of creditors | ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|---|---|
| | | ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| | | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| | | ☑ 200-999 | | |

| 15. | Estimated assets | ☑ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|---|
| | | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| 16. | Estimated liabilities | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|---|
| | | ☐ $50,001-$100,000 | ☑ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. | Declaration and signature of authorized representative of debtor | ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
|---|---|---|
| | | ■ I have been authorized to file this petition on behalf of the debtor. |
| | | ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __11/30/2018__
         MM / DD / YYYY

X __/s/ Stephen Nelson_____    __Stephen Nelson_____
   Signature of authorized representative of debtor    Printed name

Title __President_____

| 18. | Signature of attorney | X __/s/ Stephen W. Sather_____    Date __11/30/2018__ |
|---|---|---|
| | | Signature of attorney for debtor          MM / DD / YYYY |

__Stephen W. Sather_____
Printed name

__Barron & Newburger, P.C._____
Firm name

__1212 Guadalupe, Suite 104_____
Number      Street

| __Austin_____ | __TX__ | __78701__ |
|---|---|---|
| City | State | ZIP Code |

| __(512) 476-9103_____ | __ssather@bn-lawyers.com_____ |
|---|---|
| Contact phone | Email address |

| __17657520_____ | __TX__ |
|---|---|
| Bar number | State |

| | |
|---|---|
| Debtor name | **Corridor Medical Services, Inc.** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TEXAS** |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders  12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case.  Include claims which the debtor disputes.  Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount.  If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Pioneer Bank 100 Creek Rd. Dripping Springs, TX 78620 | | | | $2,205,666.67 | $0.00 | $2,205,666.67 |
| 2 | Cherub Reeves 350 Summer Hills Wimberley, TX  78676 | | Stock Buy Back | | | | $2,160,000.00 |
| 3 | Cirrus DX, Inc. 9901 Belward Campus Drive, Ste. 300 Rockville, MD 20850 | | Goods | | | | $1,828,401.78 |
| 4 | Meridian Technology 6574 S. Quemoy Aurora, CO 80016 | | Goods and Services | | | | $718,699.09 |
| 5 | Sterling National Bank 500 Seventh Ave., 3rd Floor New York, NY 10018 | | Loan | | $678,520.53 | $0.00 | $678,520.53 |

Debtor **Corridor Medical Services, Inc.** _____ Case number (if known) _____

Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 6 De Lage Landen Financial Services, Inc. P.O. Box 41602 Philadelphia, PA 19101 | | Goods and Services | | | | $499,167.09 |
| 7 Par | | MCA | | $485,548.50 | $0.00 | $485,548.50 |
| 8 Rapid Radiology 6548 Commanche Trail, Ste. 501 Austin, TX 78732 | | Goods | | | | $424,277.18 |
| 9 Quest Diagnostics - CMMS Lab | | Goods and Services | | | | $404,935.58 |
| 10 Lois Goodman | | Loan | | | | $370,000.00 |
| 11 RTR | | MCA | | $281,250.00 | $0.00 | $281,250.00 |
| 12 Henry Schein Dept CH 10241 Palatine, IL 60055 | | Goods and Services | | | | $276,068.77 |
| 13 Advanced | | MCA | | $269,952.00 | $0.00 | $269,952.00 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14 BankUnited SBF 7765 NW 148 Street Miami Lakes, FL 33016 | | Loan | | $269,471.69 | $0.00 | $269,471.69 |
| 15 Clinical Pathology Labs-Ft Worth PO Box 141669 Austin, TX 78714-1669 | | Goods and Services | | | | $257,799.21 |
| 16 Knight Capital Funding 9 E. Loockerman St., Suite 3A-543 Dover, DE 19901 | | MCA | | $189,141.00 | $0.00 | $189,141.00 |
| 17 Great America Financial Services 625 First Street Cedar Rapids, IA 52401-2030 | | Goods and Services | | | | $180,408.38 |
| 18 Emergent Connect 2121 Lohman's Crossing Suite 504 Lakeway, TX 78734 | | Goods and Services | | | | $140,594.50 |
| 19 Peripheral Vascular Associates 5047 Sherri Ann Road San Antonio, TX 78233 | | Goods and Services | | | | $135,900.00 |
| 20 Radiology Association, P.A. 2 Daventry Lane San Antonio, TX 78257 | | Goods and Services | | | | $133,821.00 |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE:   **Corridor Medical Services, Inc.**                    CASE NO

                                                                CHAPTER    **11**

## VERIFICATION OF CREDITOR MATRIX

        The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date  11/30/2018 _____            Signature   _/s/ Stephen Nelson_____
                                                            *Stephen Nelson*
                                                            *President*


Date _____            Signature _____

1603 Babcock LLC
13750 San Pedro Ste B10
San Antonio, TX 78232


1st Merchant


3855 Business Park Partners LP
1314 Lake Street. Ste. 100
Fort Worth, TX 76102


Accushield, LLC
2030 Powers Ferry Road SE Suite 360
Atlanta, GA 30339


Ace Funding Source, LLC
366 North Broadway
Jericho, NY  11753


ACPS - The Surgicenter
12727 Kimberley Lane Suite # 306
Houston, TX 77024


Advanced


AFCO
5600 N. River Road Suite 400
Rosemont, IL  60018-5187


Affordix Data & Comm Services
2104 Roosevelt Drive Suite F
Dalworthing Gardens, TX 76013

Alberta Owen
1700 Brandywine Dr
Tyler, TX 75703


Alphagraphics
2150 W. Northwest Hwy Suite # 111
Grapevine, TX  76051


American Express
PO Box 360001
Fort Lauderdale, FL 33336-0001


American Portable Diagnostics Associatio
1065 Executive Parkway Dr Suite # 220
St. Louis, MO 63141-6367


American Proficiency Institute
P.O. Box 30516
Lansing, MI 48909-8016


Ancee Keeney
PO BOX 262
Fritch, TX 79036


Ann Harris Bennett - Harris County Tax
PO BOX 3547
Houston, TX 77253-3547


Any Lab Test Now Fort Worth
5512 Bellaire Dr. S. Suite J
Fort Worth, TX 76109


Arlene Felger
7913 Topo Chico Cir. Apt A
Brownsville, TX 78526

Arlington Independent School District
500 East Border, Suite 640
Arlington, TX  76010


Arthur Wegman
5402 Robin Rd.
Garland, TX 75043


Aspyra, LLC
705 SW 10th Street Suite 109
Blue Springs, MO  64015


AT&T Internet
P.O. Box 5014
Carol Stream, IL 60197


AT&T Mobility
PO BOX 6463
CAROL STREAM, IL 60197-6463


Atmos Energy - 255 & 280
P.O. Box 790311
St Louis, MO 63179


Atmos Energy - Lubbock Lab
PO Box 790311
 St. Louis, MO 63179-0311


Atmos Energy - Suite 240
PO Box 790311
St. Louis, MO 63179-0311


Atmos Energy - Suite 250
PO Box 790311
St. Louis, MO 63179-0311

Atmos Energy - Suite 260
P.O. Box 790311
St. Louis, MO 63179


Baker Donelson, PC
100 Light Street
Baltimore, MD 21202


Balcones Shred
ATTN: Accts Receivable
9301 Johnny Morris Rd.
Austin, TX 78724


BankUnited SBF
7765 NW 148 Street
Miami Lakes, FL  33016


Betty Dryer
10300 West Rocky Road
Crowley, TX 76036


Bexar County Tax Collector
P.O. Box 2903
San Antonio, TX  78299


Billy Thompson
40114 Roundup Road
Magnolia, TX 77354


Bio Rad Laboratories
P.O. Box 849740
Los Angeles, CA 90084


BioMerieux
PO Box 500308
St Louis, MO 63150-0308

BizDoc, Inc.
840 W. Rhapsody
San Antonio, TX 78216


BizDoc, Inc.-Dallas
PO Box 660831
Dallas, TX  75266-0831


Blue Cross Blue Shield
Attn: Cash Disbursements
Dept. 300 E. Randolph St.
Chicago, IL  60601-5099

Briarwood Group LTD
PO Box 2031
Tyler, TX 75702


Bridgestone America, Inc
PO Box 81108
Cleveland, OH 44181


Briggs Healthcare
4900 University Ave Ste 200
West Des Moines, IA 50266


Capshaw Capital
4708 67th St.
Lubbock, TX 79414


Carrizales Detention Center
Carrizales Detention Center FM 511
Olmito, TX 78575


CenturyLink
PO Box 4300
Carol Stream, IL 60197-4300

CenturyLink- 264B
PO Box 91155
Seattle, WA 98111-9255


Cepheid
904 Caribbean Drive
Sunnyvale, CA 94089


Cert US Bank, N.A.
6515 East 82nd St., Ste. 209
Indianapolis, IN 46250


Change Healthcare
P.O. Box 572490
Murray, UT 84157


Channel Health
4322 Harding Pike, Suite 417
Nashville, TN 37205


Cherub Reeves
350 Summer Hills
Wimberley, TX  78676


Christus Santa Rosa
PO Box 846131
Dallas, TX 75284-6131


Cirrus DX, Inc.
9901 Belward Campus Drive, Ste. 300
Rockville, MD 20850


Citi Cards
P.O. Box 6406
The Lakes, NV 88901-6406

City of Del Rio
109 West Broadway
Del Rio, TX  78840


City of Laredo--Tax Department
PO Box 6548
Laredo, TX  78042-6548


Clinical Pathology Labs- Ft Worth
PO Box 141669
Austin, TX 78714-1669


Clinical Pathology Labs- Waco
PO Box 141669
Austin, TX 78714-1669


Clinical Pathology Labs-Tyler
PO Box 141669
Austin, TX 78714-1669


Clyde's Pest Control
209 W. San Antonio St.
San Marcos, TX  78666-5512


Collimare, LLC
13401 W. 43rd Dr. Suite 7
Golden, CO 80403-7625


Commerce Bank - Enterprise MC
PO Box 846451
Kansas City, MO  64184-6451


Complete Business Solutions
20 N. 3rd Street
Philadelphia, PA  19106

Concentra
PO Box 9005
Addison, TX  75001


CopyServ
1900 S. Salinas Blvd
Donna, Tx 78537


Country Inn & Suites
1560 IH 35 South
San Marcos, TX  78666


Covenant Health System
 PO BOX 677044
Dallas, TX 75264-7044


CRCA
1748 W. Katella Avenue Suite 114
Orange, CA 92867


Dan Miller Air Conditioning Company
PO Box 551588
Dallas, TX 75355


Data Innovations


De Lage Landen Financial Services, Inc.
P.O. Box 41602
Philadelphia, PA 19101


Decatur Nursing & Rehab.
605 W. Mulberry
Decatur, TX 76234

Del Sol Medical Center
Attn Gracy Urias
10301 Gateway West Blvd
El Paso, TX 79925


Dell Financial Services
1 Dell Way
Round Rock, TX 78682


Dell Financial Services
PO Box 4125
Carol Stream, IL 60197-4125


Dell- 006- Financial Services Payment Pr
PO Box 5292
Carol Stream, IL 60197-5292


Dialpad
Dept. 3808 P.O. Box 123808
Dallas, TX 75312-3808


DISCOUNT TIRE CO
P.O. Box 29851
Phoenix, AZ 85038-9851


Dixieland - South Texas Maint. & Rentals
 1325 Dixieland Rd
Harlingen, TX  78552


Doris Brown
200A N. Rogers St.
Waxahachie, TX 75165


Doris Campbell
4718 Muirfield Ave
San Angelo, TX 76904

Doris Hefner
9312 Prince William
Austin, TX 78730-3422

DUTTON DRIVE 3.44 LTD - Bearden Manageme
 223 Hull Lane
Sugarland, TX 77498

Edith Williams
2521 Park Row Ave.
Dallas, TX 75418

Edward Berdon
7716 Lone Moor Circle
Dallas, TX 75248

Efax.com
PO Box 51873
Los Angeles, CA 90051-6173

EIN Capital, Inc.
160 Pearl Street, Floor 5
New York, NY  10005

Elizabeth Russell
1744 Honeydale Rd.
Brownsville, TX 78520

EMD Millipore
25760 Network Place
Chicago, IL 60673

Emergent Connect
2121 Lohman's Crossing Suite 504
Lakeway, TX 78734

Enterprise Fleet Management
P.O. Box 800089
Kansas City, MO 64180-0089


Everest




First Chatham Bank
6515 East 82nd St., Ste. 209
Indianapolis, IN 46250


Fisher Healthcare
P.O. Box 404705
Atlanta, GA ,  30384-4705


Fora




FP Mailing Solutions
PO Box 157
Bedford Park, IL 60499-0157


GEHA Insurance
P.O. Box 410014
Kansas City, MO 64179


GoVoip
2104 Roosevelt Dr Ste F
Arlington, TX  76013


Grande Communications Network
PO BOX 679367
Dallas, TX 75267-9367

Great America Financial Services
625 First Street
Cedar Rapids, IA 52401-2030


Green



GTR Source, LLC
1006 Monmouth Ave.
Lakewood, NJ  08701


Gulf Towers Houston LLC
11661 San Vicente Blvd., Ste 800
Los Angeles, CA 90049


Helen Dunhavin
2626 CO RD 3104
Greenville, TX 75402-8864


Henry Schein
Dept CH 10241
Palatine, IL 60055


Heraclia Gomez
43006 Olsen Blvd.
Amarillo, TX 79106


High Speed Capital
30 Broad Street, 14th Floor
Suite 1462
New York, NY  10004


Hop Capital
1022 Avenue M
Brooklyn, NY  11230

Interchange Solutions - Sales Now
8966 Woodbine Avenue Suite 100
Markham, Ontario L3R 0J7 Canada


Jaken Medical, Inc
14279 Fern Ave.
Chino, CA 91710


Jannis Sibley
1691 Mount Zion Road
Midlothian, TX 76065


Johnnie Judge
626 Reuben White Dr.
Crosby, TX 77532-6953


Josefa Martinez
1929 King Arthur St.
Eagle Pass, TX 78852


Joseph Calta
2500 State Hwy 121,  Apt 418
Euless, TX 76039-6011


Joseph Swiderski
1129 N. Minnesota Ave T-26
Brownsville, TX 78521


Joyce Stephens
1609 Mallard
Rockport, TX 78382


Juanita Hill
224 Pine Crest Drive
Conroe, TX 77301

Judah Reed LLC Real estate and Property
P.O. Box 51
El Paso, TX 79940


Knight Capital Funding
9 E. Loockerman St., Suite 3A-543
Dover, DE  19901


Konica Minolta Medical Imaging
10897 5505 N Cumberland Ave, Ste 307
Chicago, IL 60656-1471


La Quinta Inn & Suites Amarillo Airport
9305 East I-40
Amarillo, TX 79118


La Quinta Inn & Suites Austin 0937
11901 North MOPAC
Austin, Tx 78759


La Quinta Inn & Suites Austin Airport
7625 E. Ben White Blvd.
Austin, TX 78741


La Quinta Inn & Suites Austin Southwest
4424 South Mopac
Austin, TX 78735


La Quinta Inn & Suites Brownwood
103 Market Place
Brownwood, TX 76801


La Quinta Inn & Suites Cedar Park
1010 E Whitestone Blvd
Cedar Park, TX 78613

La Quinta Inn & Suites El Paso
7944 Gateway East
El Paso, TX 79915


La Quinta Inn & Suites Galveston
1402 Seawall Blvd
Galveston, TX 77550


La Quinta Inn & Suites Houston Hobby
8776 Airport Blvd.
Houston, TX 77061


La Quinta Inn & Suites Jacksonville
1902 S. Jackson Street
Jacksonville, Tx 75766


La Quinta Inn & Suites Laredo
7220 Bob Bullock Loop 20
Laredo, TX 78041


La Quinta Inn & Suites Lawton
1408 NW 40th Street
 Lawton, Ok 73505


La Quinta Inn & Suites Longview
La Quinta Inns & Suites 908 E. Hawkins P


La Quinta Inn & Suites Lubbock
4115 Marsha Sharp Fwy
Lubbock, TX 79407


La Quinta Inn & Suites Lubbock North
5006 Auburn
Lubbock, TX 79416

La Quinta Inn & Suites Paris
3205 NE Loop 286
Paris, TX 75460


La Quinta Inn & Suites S. Grand Prairie
2131 West I-20
Grand Prairie, TX 75052


La Quinta Inn & Suites SA Airport
850 Halm Blvd
San Antonio, TX 78216


La Quinta Inn & Suites Tyler University
2552 S. Southeast Loop 323
Tyler, Tx 75701


La Quinta Inn & Suites- Arlington Sout
4001 Scots Legacy Dr.
Arlington, TX 76011


LabSoft, Inc.
2202 N. West Shore Suite 115
Tampa, FL 33607


Lark Group & Associates, LLC
120 66th Avenue SW
Vero Beach, FL 32968


Lavern Myers
PO Box 14770
Lexington, KY 40512-4770


Leaf, LLC
PO Box 742647
Cincinnati, OH 45274-2647

Ledena Whitfield
P.O. Box 57388
Webster, TX 77598


Leta Huff
6623 Waggoner Drive
Dallas, TX 75230-5235


Liaison Technologies, Inc
DEPT AT 952956
Atlanta, GA 31192-2956


Lois Goodman



Loretta Crittenden
C/O Joy Gilliam
1802 Camlin Court
Wylie, TX 78730-3422


Louis Latimer
PO Box 72
Sterling City, TX 76951


Luanne Caraway - Hays County Tax Assesso
712 S. Stagecoach Trail
San Marcos, TX 78666


Lube Pro
2501 82nd Street
Lubbock, TX 79423


Luce Evans Law, P.C.
5900 S. Lake Forest Drive Suite 200
McKinney, TX 75070

Lucille Guarino
2109 Brookgate Dr.
Grapevine, TX


Maggie Nelson


Magnolia Place Skilled.
1307 Martin Luther King Dr.
Jefferson, TX 75657


Margaret Dunman
1215 TX-124
Winnie, TX 77665


Margery Reeves
101 Doyle Dr.
Lafayette, LA 70508


Maria Cantu
4418 Valdez Dr
Corpus Christi, TX 78416


Martha Parker
2589 Sunflower
Beaumont, TX 77713


Mary Roberts
105 N Lake Dr
Weatherford, TX 76085


Maverick Industrial
1905 Joe Stephens
Weslaco, TX 78596

Medlink Imaging, LLC
1 Chapin Road, Unit 3
Pine Brook, NJ 07068


MedPost Urgent Care- Goliad
PO Box 843550
Dallas, TX 75284-3550


Mercedes Medical
P.O. Box 850001
Orlando, FL 32885


Mercedith Greenwood
403 Rio Concho Dr. Apartment 2215
San Angelo, TX 76903-5517


Meridian Technology
6574 S. Quemoy
Aurora, CO 80016


Meritain Health
PO BOX 223881
Pittsburgh, PA  15250


Merry X-Ray
4909 Murphy Canyon Rd Ste 120
San Diego, CA  92123


Met Life
PO Box 804466
Kansas City, MO 64180-4466


Metro Uniforms/Scrubs
7775 N. Macarthur Blvd. Suite 120
Irving, TX 75063

Michelle & Pratt Consultants
PO Box 2054
Lake Charles, LA  70602-2054


Microbiologics
200 Cooper Avenue North
St. Cloud, MN 56303


Mirion Technologies
P.O. Box 101302
Pasadena, CA 91189


MR V Management Rentals
7220A Bob Bullock Loop Ste 4A
Laredo, TX  78041


Mutual of Omaha
 Attn: Claims
3300 Mutual of Omaha Plaza
Omaha, NE 68175


Nancy Hatcher
1816 Coffee Street
Pampa, TX 79065


National Association of Portable X-Ray
1065 Executive Pkwy Suite 220
St. Louis, MO 63141


National Mobile Xray
6548 Comanche Trl Ste 501
 Austin, TX 78732


NextCare Urgent Care
2550 N. Thunderbird Circle Suite # 123
Mesa, AZ 85215

Nextraq
PO Box 538566
Atlanta, GA 30353-8566


Nick Rudisill



North Texas Specialty Physicians
1701 River Run, Ste. 100
Fort Worth, TX 76107


NTTA
P.O. 660244
 Dallas, TX 75266


O'Reilly Automotive
P.O. Box 9464
Springfield, MO 65801


O.A.E. Software
444 N. Michigan Ave Ste. 2800
Chicago, IL 60611


Ober Kaler Attorneys at Law
100 Light Street
Baltimore, MD  21202


Occupational Health Centers of the South
PO Box 9005
Addison, TX 75001-9005


Office Depot
PO BOX 660113
Dallas, TX 75266-0113

One America/AUL
One American Square
PO Box 368
Indianapolis, IN  43206-0368


Ortho Clinical Diagnostics
PO BOX 3655
Carol Stream, IL  60132-3655


Pamela Wilkendorf
15602 Autumnbrook Drive
Houston, TX 77068


Par


Pedernales Electric
P.O. Box 1
Johnson City, TX 78636


PENNZOIL PIT STOP
1321 W. Tyler Ave.
 Harlingen, TX 78550


Peripheral Vascular Associates
5047 Sherri Ann Road
San Antonio, TX 78233


Petroleum Towers - Cotter, LLC - Broadwa
Attn: Andrew Ozuna
P.O. Box 17001
San Antonio, TX 78217


Phyllis A. Lyon
123 N. Westwinds Cir
The Woodlands, TX 77382

Pioneer Bank
100 Creek Rd.
Dripping Springs, TX 78620


Pitney Bowes Purchase Power
PO BOX 371874
Pittsburgh, PA 15250


Principal
PO BOX 10372
Des Moines, IA 50306-0372


Pure Water Partners
Dept. CH 19648
Palatine, IL 60055-9648


Quest Diagnostics - CMMS Lab


Quidel Corporation
File 50177
Los Angeles, CA 90074-0177


Quill
P.O. Box 37600
Philadelphia, PA 19101-0600


Radiology Association, P.A.
2 Daventry Lane
San Antonio, TX 78257


Ralph Bristol
PO Box 16529
Fort Worth, TX 76162-0529

Rapid Radiology
6548 Commanche Trail, Ste. 501
Austin, TX 78732


Raquel Giangiacomo-Employee
4149 Knight Street
San Marcos, TX  78666


RCI Westway, LLC
PO Box 677846
Dallas, TX 75267-7846


RedAway
1230 Exchange Dr.
Richardson, TX 75081


Robert H. Farias, CPA
659 W. Woodbury Road
Altadena, CA  91001-5309


Ron Wright, Tax Assessor-Collector


Ronald Johnson
647 Campbell Rd.
Winnie, TX 77665


RTR


Rydell Sanger, LLC.
6801 Sanger Suite # 185
Waco, TX 76710

```
Salesforce.com Inc
PO Box 203141
Dallas, TX 75320-3141


Scanlan, Buckle & Young, P.C.
602 W. 11th Street
Austin, TX 78701


Screening For Life
PO Box 2754
Abilene, TX  79604-2754


Sekisui Diagnostics, LLC
PO BOX 360975
Pittsburgh, PA 15251-6975


Sharp Business Systems Dept 1205
P.O. Box 121205
Dallas, TX 75312-1205


Sherilyn Carlton
11111 NE 183rd Street
Battle Ground, WA 98604


Shred-it
P.O. Box 101007
Pasadena, CA 91189


Siemens Healthcare Diagnostics
P.O. Box 121102
Dallas, Tx 75312


Sonolab Imaging Solutions, LLC
PO Box 1123
San Benito, TX  78586
```

Sonoquick LLC
P.O. Box 5882
San Antonio, TX 78201


Southwest Airlines CARGO
PO BOX 97390
Dallas, TX  75397


Southwest X-Ray Company
Attn: Allen
11910 I-27
Amarillo, TX 79119


Sparkletts Water
P.O. Box 660579
Dallas, TX 75266-0579


SPBS Clinical Equipment Service
4431 Long Prairie Road, Suite 100
Flower Mound, TX 75028


Speciality Metals
1747 Rock Island Road
Irving, TX  75038


Specialty Physicians of Central Texas In
PO Box 17807
 Belfast, ME  04915-4073


Sprint
P.O. Box 4181
Carol Stream,  IL  60197-4181


Stericycle, Inc.
P.O. Box 6575
Carol Stream, IL 60197

Sterling National Bank
500 Seventh Ave., 3rd Floor
New York, NY 10018


Str8 Training
2626 Hunter Rd Ste 201
San Marcos, TX 78666


Strategic Growth, Inc.
5004 Crestway Drive.
Austin, TX 78731


Susan Reeves
624 Summit Drive West
Wimberly, TX  78676


Susquehanna Commercial Finance
2 Country View Rd., Ste. 300
Malvern, PA 19355


Sysmex
577 Aptakisic Road
Lincolnshire, IL 60069


T & J Building ""A"" Limited LLP
2132 Grand Lake Pkwy
Leander, TX 78641


Tarrant County Tax Collector
2777 N. Stemmons Freeway, Suite 1000
Dallas, TX 75207


Team Car Care dba Jiffy Lube
105 Decker Court Ste 900
 Irving, TX 75062

Technology Two Inc.
PO Box 896
Dodge City, KS 67801


Texas Comptroller of Public Accounts
Office of the Attorney General
Collection Division - Bankruptcy
PO Box 12548
Austin, TX 78711-2548

Texas Disposal Systems, Inc.
PO Box 660816
Dallas, TX 75266


Texas Health & Racquet Club
109 W. McCarty Lane
San Marcos, TX  78666


THCA
1108 Lavaca Street Suite 500
Austin, TX 78701


The Gardens Chisholm Trail.
513 Old Betsy Rd
Keene, TX 76059


The Lane Law Firm
6200 Savoy Dr Ste 1150
Houston, TX 77036-3369


Theodora Davis
1113 N. Englewood Ave
Tyler, TX 75702


Thresa Tucker
3717 102nd Street
Lubbock, TX 79423

```
Time Warner Cable - Arl Fiber
PO Box 60074
City of Industry, CA 91716


Time Warner Cable - Corporate
PO BOX 60074
City of Industry, CA 91716


Time Warner Cable - Waco
PO Box 60074
City of Industry, CA 91716-0074


Time Warner Cable-Arlington


Time Warner Cable-Harlingen
PO Box 60074
City of Industry, CA 91716


Time Warner Cable-Laredo
PO Box 60074
City of Industry CA 91719-0074


Transamerica Life Insurance Company
PO BOX 742504
Cincinnati, OH 45274-2504


Travelers
PO Box 660317
Dallas, TX 75266-0317


Travis County
% Travis Co. Atty's Office
P.O. Box 1748
Austin, Texas 78767
```

Troy Crabtree
6364 Thunderhead Trl
Lake Worth, TX


TXU Energy
P.O. Box 650638
Dallas, TX 75265


TXU Energy-5789
PO Box 650638
Dallas, TX 75265-0638


United Healthcare Insurance
PO Box 740819
Atlanta, GA 30374-0819


UnitedHealthcare Insurance Company
22561 Network Place
Chicago, IL  60673-1225


University Health System
PO BOX 2096
San Antonio, TX 78229-4493


Unruh Turner Burke & Frees
P.O. Box 515
West Chester, PA 19381


Valero Marketing & Supply Co.
P.O. Box 300
Amarillo, TX 79105-0300


Verizon Wireless
P.O. Box 660108
Dallas, TX  75266-0108

Victoria Retail Group LLC
Attn: Todd Routh
P.O. Box 260173
Dallas, TX 75326-0173


Voya
8218 Innovation Way
Chicago, IL  60682-0082


Webb County Tax Assessor
PO Box 420128
Laredo, TX  78042-8128


Wellington Oaks N&R
PO Box 628
Fort Worth, TX 76010


Wells Fargo Bank
Business Direct Division
MAC S4101-050
P.O. Box 29482
Phoenix, AZ 85038-8650

Willard Johnson
2666 Co. Rd. 3010
Bonham, TX 75418


William Galloway
2623 Hawkins Lilly Road
Weatherford, TX 76085


William Nix
1840 Florida Club Cit Apartment 5308
Naples, FL 34112


Woods Comfort Systems
P.O. Box 741
San Marcos, Tx 78667

Xcel Energy-8602
PO Box 9477
Minneapolis, MN 55484-9477


You Name It Specialties, Inc.
4730 College Park
San Antonio, TX  78249